

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2021

No. 04-21-00489-CR

**THE STATE OF TEXAS,**
Appellant

v.

Ruben **ELIZONDO,**
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 657461
Honorable Melissa Vara, Judge Presiding

# O R D E R

Appellant Ruben Elizondo retained Trey Porter to represent him at trial. According to counsel, Appellant has not retained him for appeal, and counsel has moved to withdraw.

Counsel's motion does not fully comply with the Texas Rules of Appellate Procedure. Specifically, the motion does not contain the following required information:

- the dates for the current deadlines and settings in the case,
- Appellant's last known address and telephone number,
- a statement that a copy of the motion was delivered to Appellant in person, or by certified and first-class mail, and
- a statement that Appellant was notified in writing of the right to object to the motion to withdraw.

*See* TEX. R. APP. P. 6.5(a), (b); *Rivera v. State*, 130 S.W.3d 454, 458 (Tex. App.—Corpus Christi 2004, no pet.).

Counsel's motion is DENIED without prejudice to refiling a motion that fully complies with the Rules.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2021.

MICHAEL A. CRUZ, Clerk of Court